UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER E. SAMBO,<br><br>                     Plaintiff,<br><br>          v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>                     Defendant. | Case No. C14-188 RAJ-BAT<br><br>**REPORT AND RECOMMENDATION** |

The parties stipulate the case should be reversed and remanded. Dkt. 20. The Court has considered the stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. The parties stipulate this case should be reversed and remanded for a de novo hearing and further administrative proceedings, including but not limited to the following: The administrative law judge (ALJ) shall reevaluate Plaintiff's mental impairment using the special technique described in 20 C.F.R. §§ 404.1520a and 416.920a; further evaluate the medical opinions, including the opinions by Dr. Helleckson, Dr. Robinson, and Dr. Bailey; further evaluate Plaintiff's maximum residual functional capacity; and, at step five, obtain evidence from a vocational expert to clarify the effect of Plaintiff's limitations on the occupational base.

REPORT AND RECOMMENDATION - 1

1 | Because the parties stipulate to remand, the Court recommends that United States District
2 | Judge Richard A. Jones immediately approve this Report and Recommendation and order the
3 | case **REVERSED** and **REMANDED** for further administrative proceedings as set forth above.
4 | A proposed order accompanies this Report and Recommendation

5 | DATED this 10th day of July, 2014.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2