UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTOPHER E. SAMBO,

                Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

                Defendant.

Case No. C14-188 RAJ-BAT

**ORDER REVERSING AND REMANDING FOR FURTHER PROCEEDINGS**

The Court having considered the stipulated motion for remand, Dkt. 23, the Report and Recommendation of United States Magistrate Judge, Brian A. Tsuchida, and the balance of the record **ORDERS**:

(1)    The Court adopts the Report and Recommendation.

(2)    The Commissioner's decision is **REVERSED** and the case is **REMANDED** for further proceedings consistent with the Report and Recommendation.

(3)    The Clerk shall send copies of this Order to the parties.

Dated this 28th day of July, 2014.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge